

United States District Court
Eastern District of California

| Adrian MIHAI |
| --- |

Plaintiff(s)

Case Number:  | 1:26-cv-02248-TLN-SCR |

V.

| Todd Lyons, et al |
| --- |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Danielle Richardson

hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Adrian Mihai, Petitioner

On ___10/01/2015___ (date), I was admitted to practice and presently in good standing in the ___Washington Supreme Court___ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date:___03/23/2026___    Signature of Applicant: /s/ ___Danielle Richardson___

**Pro Hac Vice Attorney**

Applicant's Name: Danielle Richardson

Law Firm Name: Law Office of Liya Djamilova

Address: 421 23rd Ave. S.

City: Seattle     State: WA     Zip: 98144

Phone Number w/Area Code: (206) 623-0118

City and State of Residence: Seattle, Washington

Primary E-mail Address: danielle@djamilova.com

Secondary E-mail Address: danielle@djamilova.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mariana L. Hanna

Law Firm Name: Mariana L. Hanna Law Office

Address: 402 West Broadway, Suite 1730

City: San Diego     State: CA     Zip: 92101

Phone Number w/Area Code: (619) 234-3635     Bar # 230127

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 24, 2026

_____
JUDGE, U.S. DISTRICT COURT